Date signed March 20, 2013



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GLORIA D. TWINE | : | Case 12-32817-PM |
| | : | Chapter 13 |
| Debtor | : | |
| ------------------------------------ | : | |
| GLORIA D. TWINE | : | |
| Movant | : | |
| v. | : | |
| | : | |
| OCWEN LOAN SERVICING LLC and | : | |
| MORTGAGE ELECTRONIC REGISTRATION | : | |
| SERVICES, INC. | : | |
| Respondents | : | |
| ------------------------------------ | : | |

### INSTRUCTION TO DEBTOR

Debtor is instructed to serve her Motion To Avoid Security Interest On Third Mortgage Pursuant To 11 U.S.C. §506 and a revised notice on the Resident Agent for Mortgage Electronic Registration Services, Inc. as follows:

Mortgage Electronic Registration Services, Inc.
c/o Sharon Horstkamp, Resident Agent
1818 Library Street
Reston VA 20190

and file a Supplemental Certificate of Service reflecting same.

cc:     Debtor's Counsel

**End of Instruction**