Date signed March 20, 2013



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GLORIA D. TWINE | : | Case 12-32817-PM |
| Debtor | : | Chapter 13 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |
| GLORIA D. TWINE | : | |
| Movant | : | |
| v. | : | |
| | : | |
| DREAMBUILDER INVESTMENTS LLC and | : | |
| MORTGAGE ELECTRONIC REGISTRATION | : | |
| SERVICES, INC. | : | |
| Respondents | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## INSTRUCTION TO DEBTOR

　　　　Debtor is instructed to serve her Motion To Avoid Security Interest On Second Mortgage Pursuant To 11 U.S.C. §506 and a revised notice on Respondents as follows:

President/Manager
Dreambuilder Investments, LLC
30 Wall Street, 6th Floor
New York NY 10005

Mortgage Electronic Registration Services, Inc.
c/o Sharon Horstkamp, Resident Agent
1818 Library Street
Reston VA 20190

and file a Supplemental Certificate of Service reflecting same.

　　cc:　　Debtor's Counsel

**End of Instruction**