Date signed July 09, 2013



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| GLORIA D. TWINE | : | Case No. 12-32817PM |
| | : | Chapter 13 |
|       Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  | : | |
| GLORIA D. TWINE | : | |
|       Movant | : | |
|   vs. | : | |
| | : | |
| DREAMBUILDER INVESTMENTS LLC | : | |
| OCWEN LOAN SERVICING LLC | | |
|       Respondents | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### SECOND INSTRUCTION TO DEBTOR

Debtor is instructed again to serve the following Respondents as to the two Motions to Avoid Liens filed as Docket Entry Nos. 15 and 16:

| | |
|---|---|
| President/Manager | CSC-Lawyers Incorporating Service Company |
| Dreambuilder Investments LLC | Resident Agent, Ocwen Loan Servicing LLC |
| 30 Wall Street, 6th Floor | 7 St. Paul Street, Suite 1660 |
| New York, NY 10005 | Baltimore, MD 21202 |

and to file a Supplemental Certificate of Service reflecting same.

cc:
Jay Fred Cohen, Esq. 100 Church Lane, Baltimore, MD 21208
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Gloria D. Twine, 6218 Suitland Road, Suitland, MD 20746

**End of Instruction**